JOHN O'BRIEN, Respondent, *v.* JOHN STAHL, Appellant.

(Submitted May 5, 1930; decided May 13, 1930.)

*William Gilbert* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.